AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

EDWARD JOHN ZIMBELMAN,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

                       CASE NUMBER: **3:07-cv-00042-HDM-VPC**

DIRECTOR, NDOC, et al.,

      Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Ground One of the petition is conclusory on its face and is dismissed for failure to state a claim. The dismissal of Ground One is with prejudice. Grounds Two and Three of the petition are unexhausted and are dismissed without prejudice.

  January 22, 2008                                                **LANCE S. WILSON**
                                                                                      Clerk

                                                                                 /s/ Kalani Lizares
                                                                                 Deputy Clerk